UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVRETT JAMES and VERONICA
ELLERBE,

        Plaintiffs,

v.                                        Case No: 6:20-cv-429-WWB-GJK

WESTIN ST. JOHN HOTEL COMPANY,
INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion to Briefly Extend Deadlines (Doc. 30). The parties seek an extension to accommodate maternity leave for Defendant's lead counsel.

If a motion for extension is filed before the scheduling order deadline expires, the court may grant it for good cause. Fed. R. Civ. P. 6(b)(1)(A). When requesting an extension, the parties should show they have worked diligently to meet the deadline and yet still cannot meet it. *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (per curiam) (citations omitted). After a review of the record, the Court finds that the parties have established good cause for a short continuance. Accordingly, the parties' Joint Motion to Briefly Extend Deadlines (Doc. 30) is **GRANTED**. The Case Management Schedule Order is amended as follows:

| **Disclosure of Expert Reports** | | |
|---|---|---|
| | Plaintiff: | October 1, 2021 |
| | Defendant: | November 5, 2021 |

| | |
|---|---|
| **Discovery Deadline** | December 3, 2021 |
| **Dispositive Motions, and *Daubert* Motions** | January 7, 2022 |
| **All Other Motions Including Motions *In Limine*** | April 1, 2022 |
| ***Meeting In Person* to Prepare Joint Final Pretrial Statement** | May 20, 2022 |
| *Joint Final Pretrial Statement*, (including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form Voir Dire Questions, Witness Lists, Exhibit Lists on an Approved Form), Trial Briefs | June 3, 2022 |
| **Final Pretrial Conference**<br>Date:<br>Time:<br>Judge: | <br>Upon Notice<br><br>Judge Wendy W. Berger<br>Courtroom 3B |
| **Trial Status Conference**<br>Date:<br>Time:<br>Judge | <br>June 14, 2022<br>10:00 A.M.<br>Judge Wendy W. Berger<br>Courtroom 3B |
| **Trial Term Begins** | July 5, 2022<br>At 9:00 a.m. |

**DONE AND ORDERED** in Orlando, Florida on April 8, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record