UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVRETT JAMES AND
VERONICA ELLERBE,

        Plaintiffs,

v.                                 Case No.   6:20-cv-429-WWB-GJK

WESTIN ST. JOHN HOTEL
COMPANY, INC.,

        Defendants.

ORDER[1]

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO WITHDRAW NOTICE OF DISASSOCIATION OF DANIEL H. HUNT, ESQ. (Doc. No. 37)** |
| **FILED:** | **January 24, 2022** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

On January 24, 2022, counsel for Plaintiffs, attorney Daniel H. Hunt, Esq. filed an Unopposed Motion to Withdraw and Notice of Disassociation of Daniel

---

[1] Magistrate Judge David A. Baker substituting for Magistrate Judge Gregory J. Kelly.

- 2 -

H. Hunt, Esq., requesting that attorney Hunt be allowed to withdraw as counsel for Plaintiffs (the "Motion"). Doc. No. 37.

The Motion does not comply with Local Rule 2.02(c)(1)(A), which provides, "to withdraw, a lawyer. . . must notify each affected client fourteen days before moving to withdraw unless the client consents to withdrawal." Local 2.02(c)(1)(B) also provides that "a lawyer moving to withdraw must file a motion that includes a certification that that the lawyer has provided fourteen days' notice to the client or that client consents to withdrawal." There is no indication Plaintiffs were provided with notice pursuant to Local Rule 2.02(c) and whether or not Plaintiffs object to the withdrawal.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 37) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on January 25, 2022.

_David A. Baker_
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record