**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA**

**CASE NO.: 6:20-cv-00429-WWB-GJK**

**EVRETT JAMES, and
VERONICA ELLERBE,**

    **Plaintiffs,**

vs.

**WESTIN ST. JOHN HOTEL COMPANY, INC.,**

    **Defendant.**
_____/

### UNOPPOSED MOTION TO FILE EXCESS PAGES AND FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    Plaintiffs, EVRETT JAMES, and VERONICA ELLERBE ("Plaintiffs"), by and through the undersigned counsel, hereby move to file excess pages and for an extension of time to respond to the Motion for Summary Judgment filed by Defendant, WESTIN ST. JOHN HOTEL COMPANY, INC. ("Defendant"), and in support states as follows:

    1. This is an action for declaratory and injunctive relief and damages pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 ("Title VII"); and the Civil Rights Act of 1866, 42 U.S.C. §1981 ("§ 1981"), to redress injuries resulting from Defendant's unlawful race-based discriminatory treatment of and retaliation against Plaintiffs.

    2. On January 7, 2022, Defendant filed a Motion for Summary Judgment with respect to all of Plaintiffs' claims.

    3. Plaintiffs previously sought a brief extension of time to respond to Defendant's Motion. Said request was granted though Plaintiffs note that it was ultimately unnecessary

in light of Judge Berger's standing order which allows such responses to be filed within thirty days.

4. All that being said, Plaintiffs are in the process of finalizing their response though it appears they will need a few additional pages beyond the default maximum which is provided under the local rules.

5. Pursuant to Local Rule 3.01(b), a motion response is limited to twenty pages. In this case, though there is significant overlap to the claims of each Plaintiff, there are certain aspects of the claims which are unique. In order to address all issues thoroughly, Plaintiffs anticipate that they will need a few pages above the default maximum.

6. In all likelihood 22 or 23 pages will probably be sufficient, but in the abundance of caution Plaintiffs request leave to file their response up to 25 pages—which is equivalent to the length of the Motion filed by Defendant (not including the case style, signature block, and certificate of service).

7. Additionally, Plaintiffs seek a two-day extension of time to respond to Defendant's Motion such that they would finalize and file the response, in accordance with this Court's ruling on the requests herein, on or before February 9, 2022.

8. This Court may for good cause shown enlarge the time within which an act shall otherwise be done. *See* Fed. R. Civ. P. 6(b)(1)(A). These requests are sought in good faith and not for any dilatory purpose.

9. The requests herein will not cause prejudice to any party.

10. Prior to the filing of this motion, pursuant to Local Rule 3.01, the undersigned conferred with counsel for Defendant regarding the relief sought herein. Defense counsel advised that Defendant does not oppose the relief sought herein.

Dated: February 7, 2022        Respectfully submitted,

/s/ Jason S. Remer
Jason S. Remer, Esq.
Florida Bar Number: 165580
jremer@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Joyce Ackerbaum Cox, Esq.
jacox@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 S. Orange Ave., Suite 2300
Post Office Box 112
Orlando, Florida 32802-0112
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

/s/ Jason S. Remer
**Jason S. Remer, Esq.**
Florida Bar No.: 165580
jremer@rgpattorneys.com